UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONIA SAYYEDALHOSSEINI,<br><br>Plaintiff,<br><br>v.<br><br>USCIS SACRAMENTO FIELD OFFICE U.S. DEPARTMENT OF HOMELAND SECURITY,<br><br>Defendant. | No.  2:21-cv-1567 KJM DB PS<br><br><br><br>ORDER |

    Plaintiff is proceeding pro se with the above-entitled action.  The matter was referred to a United States Magistrate Judge as provided by Local Rule 302(c)(21).

    On May 25, 2022, the magistrate judge filed findings and recommendations, which were served on all parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days after service of the findings and recommendations.  The time for filing objections has expired, and plaintiff has filed objections to the findings and recommendations, which the court has carefully considered.

    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case.  Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.[1]

---

[1] Plaintiff, a United States citizen, has standing in this case, for her interest in being with her

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed May 25, 2022 (ECF No. 23) are adopted in full;

2. Defendant's motion to remand (ECF No. 8) is granted;

3. Plaintiff's motion for judgment (ECF No. 21) and for decision (ECF No. 29) are denied as moot;

4. Defendant is instructed to reopen and complete adjudication of the citizenship application referenced in the complaint within 120 days of the filed date of this order;

5. The parties are instructed to file a status report within 7 days of completion of the adjudication by USCIS; and

6. This action is stayed.

DATED: October 11, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE

---

spouse "is sufficiently concrete and particularized to form the basis of an Article III Injury in fact." *See Trump v. Hawaii*, 138 S.Ct. 2392, 2416 (2018); Response Ex. 5, ECF No. 18 (proof of plaintiff's United States citizenship).