UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONIA SAYYEDALHOSSEINI, | No. 2:21-cv-1567 KJM DB PS |
| Plaintiff, | |
| v. | ORDER |
| USCIS SACRAMENTO FIELD OFFICE U.S. DEPARTMENT OF HOMELAND SECURITY, | |
| Defendant. | |

      Plaintiff Sonia Sayyedalhosseini is proceeding in this action pro se. This matter was referred to the undersigned in accordance with Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1). Plaintiff commenced this action on September 1, 2021, by filing a complaint and paying the required filing fee. (ECF No. 1.) The complaint asks that the court issue an "Order Granting U.S. Citizenship" to plaintiff's "husband (Seyed Saeid Zamanieh Shahri)." (Compl. (ECF No. 1) at 8.[1]) Noticed for hearing before the undersigned on March 10, 2023, is defendant's motion to dismiss. (ECF No. 38.) However, on January 31, 2023, plaintiff filed a status report stating that plaintiff's husband had "taken oath for United States of America . . . and he received his Certificate of Naturalization[.]" (ECF No. 42 at 1.)

---

[1] Page number citations such as this one are to the page number reflected on the court's CM/ECF system and not to page numbers assigned by the parties.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The March 10, 2023 hearing of defendant's motion to dismiss (ECF No. 38) is continued to **Friday, April 7, 2023, at 10:00 a.m**., at the United States District Court, 501 I Street, Sacramento, California, in Courtroom No. 27, before the undersigned[2]; and

2. Within twenty-one days of the date of this order plaintiff shall file either a notice of voluntary dismissal or a statement as to why this action should not be dismissed as having been rendered moot.

DATED: March 2, 2023                              /s/ DEBORAH BARNES
                                                  UNITED STATES MAGISTRATE JUDGE

---

[2] Parties shall appear at the hearing either telephonically or over video conference through the Zoom application (which is free and must be downloaded to your computer or mobile device prior to the hearing).  Parties proceeding in propria persona, on his or her own behalf, shall contact Shelly Her, the courtroom deputy of the undersigned magistrate judge at (916) 930-4128, no sooner than 4 days prior to the noticed or continued hearing date but no later than 48 hours prior to the hearing, to arrange their appearance either telephonically or over video conference.  Counsel will receive an email containing the necessary appearance information and must notify the courtroom deputy no later than 48 hours prior to the hearing to elect to appear either telephonically or over video conference.  The Zoom ID Number and password are confidential and are not to be given to anyone.  Persons granted remote access to these proceedings, whether by Zoom or by telephone, are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings.  Violation of these prohibitions may result in sanctions, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the court.